| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Lynn, Barbara M | 2. Court or Organization U.S.D.C.-No. District of Texas | 3. Date of Report 05/01/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Active Federal Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address 1100 Commerce St., Room 1572 Dallas, TX 75242 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ · NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Executive Board, Southern Methodist University Dedman School of Law |
| 2. Board Member, Treasurer | International Womens Forum - Dallas |
| 3. Past President, Executive Committee | Patrick Higginbotham Inn of Court |
| 4. Trustee | The Center for American and International Law |
| 5. Trustee | Trust #1 (Dallas, Texas)(Income and Principal Beneficiary) |
| 6. Secretary | Federal Trial Judges Conference, Judicial Division of the American Bar Association |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 05/01/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]    NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ]    NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Michael P. Lynn P.C. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ]    NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. ABA | Key Biscayne, FL, January 7-8, ABA Section Winter Meeting (meals, hotel, transportation) |
| 2. ABA | Salt Lake City, UT, February 12-13, ABA Midyear Meeting (meals, hotel, transportation) |
| 3. ABA | Washington, DC, March 10-13, ABA Bankruptcy Meeting (meals, hotel, transportation) |
| 4. ABA | Newport Beach, CA, April 14-17, ABA Judicial Division Meeting (meals, hotel, transportation) |
| 5. ABA | Washington, DC, April 25-27, ABA SCFJI Meeting (meals, hotel, transportation) |
| 6. ABA | Quebec, Canada, June 22-25, ABA Section Spring Meeting (hotel, meals, transportation) |
| 7. ABA | Chicago, IL, August 3-8, ABA Annual Meeting (hotel, meals, transportation) |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 05/01/2006 |

8. ABA                Chicago, IL, September 23-24, ABA Section Fall Meeting (hotel, meals, transportation)

9. ACTL              Dana Point, CA, November 17-20, ACTL Ad Hoc Committee on Relationship with Judiciary (hotel, meals, transportation)

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 05/01/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 05/01/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | | | | | | | | | |
| 2. Charles Schwab Brokerage Account #1 (includes 2-42) | | | | | | | | | |
| 3. -Schwab Tax Exempt Money Market Fund | D | Dividend | N | T | | | | | |
| 4. -Scudder Municipal Bond Mutual Fund | D | Dividend | N | T | | | | | |
| 5. -Vanguard Intermediate Term Municipal Bond Mutual Fund | D | Dividend | N | T | | | | | |
| 6. -Pimco Foreign Bond Mutual Fund | A | Dividend | J | T | | | | | |
| 7. -DFA US 6-10 Value Mutual Fund | C | Dividend | K | T | | | | | |
| 8. -Managers Fremont US Micro Cap Mutual Fund | | None | K | T | | | | | |
| 9. -Gateway Mutual Fund | B | Dividend | L | T | | | | | |
| 10. -Harbor Capital Appreciation Mutual Fund | A | Dividend | K | T | | | | | |
| 11. -Janus Balanced Mutual Fund | A | Dividend | K | T | | | | | |
| 12. -Vanguard Index Trust Mutual Fund | A | Dividend | K | T | | | | | |
| 13. -Tweedy Browne Global Value Mutual Fund | A | Dividend | K | T | | | | | |
| 14. -Mosaic Investors | D | Dividend | M | T | | | | | |
| 15. -Royce Low Priced Stock | D | Dividend | M | T | | | | | |
| 16. -Dow Jones Telecom | A | Dividend | | | Sell | 4/4 | J | C | |
| 17. -Goldman Sachs Natural Resources | B | Dividend | N | T | Buy | 8/17 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 05/01/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Goldman Sachs Networking | | None | | | Sell | 3/7 | K | D | |
| 19. -Goldman Sachs Software | A | Dividend | K | T | | | | | |
| 20. -Goldman Sachs Technology | A | Dividend | | | Buy | 1/11 | L | | |
| 21. -Goldman Sachs Technology | | | | | Sell | 4/21 | L | | |
| 22. -MSCI Japan Index Fund | | None | | | Sell | 4/15 | M | D | |
| 23. -Ishares 1-3 Year Treasury Fund | A | Dividend | | | Sell | 1/20 | L | D | |
| 24. -Cohen & Steers Realty | D | Dividend | M | T | Buy | 5/25 | M | | |
| 25. -Dow Jones Basic Materials Sector | A | Dividend | | | Sell | 6/28 | L | C | |
| 26. -Dow Jones Consumer Services | A | Dividend | | | Buy | 1/11 | L | | |
| 27. -Dow Jones Consumer Services | | | | | Sell | 6/28 | L | | |
| 28. -Dow Jones Consumer Goods | A | Dividend | | | Sell | 6/29 | L | C | |
| 29. -Dow Jones Energy Sector | A | Dividend | | | Sell | 5/25 | M | E | |
| 30. -Rydex Juno Fund | | None | | | Sell | 2/4 | M | | |
| 31. -Goldman Sachs Semiconductors | | None | | | Sell | 1/7 | M | | |
| 32. -Pimco Commodity Fund | E | Dividend | M | T | | | | | |
| 33. -Russell 2000 Index | B | Dividend | M | T | Buy | 3/9 | M | | |
| 34. -Ishares Latin America | D | Dividend | N | T | Buy | 1/11 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000. | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 05/01/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -Ischares Latin America | | | | | Buy | 7/26 | M | | |
| 36. -MSCI Brazil Index | D | Dividend | N | T | Buy | 1/27 | M | | |
| 37. -MSCI Brazil Index | | | | | Buy | 11/2 | N | | |
| 38. -Dow Jones Financial Sector | A | Dividend | | | Buy | 1/11 | L | | |
| 39. -Dow Jones Financial Sector | | | | | Sell | 6/29 | L | A | |
| 40. -Dow Jones Financial Services | | None | | | Buy | 1/1 | L | | |
| 41. -Dow Jones Financial Services | | | | | Sell | 3/21 | L | | |
| 42. -Dow Jones Transportation | A | Dividend | | | Buy | 2/10 | M | | |
| 43. -Dow Jones Transportation | | | | | Sell | 9/13 | M | B | |
| 44. Charles Schwab Brokerage Account #2 (includes 44-79) | | | | | | | | | |
| 45. -Schwab Tax Exempt Money Market | D | Dividend | N | T | | | | | |
| 46. -Scudder Municipal Bond Mutual Fund | D | Dividend | N | T | | | | | |
| 47. -Vanguard Intermediate Municipal Bond Mutual Fund | D | Dividend | N | T | | | | | |
| 48. -Pimco Foreign Bond Mutual Fund | B | Dividend | K | T | | | | | |
| 49. -DFA US 6-10 Value Mutual Fund | C | Dividend | K | T | | | | | |
| 50. -Managers Fremont US Micro Cap Mutual Fund | | None | K | T | | | | | |
| 51. -Gateway Mutual Fund | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 05/01/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Harbor Capital Appreciation Mutual Fund | A | Dividend | K | T | | | | | |
| 53. -Janus Balanced Mutual Fund | A | Dividend | K | T | | | | | |
| 54. -Vanguard Index Trust Mutual Fund | A | Dividend | K | T | | | | | |
| 55. -Tweedy Browne Global Value Mutual Fund | B | Dividend | M | T | | | | | |
| 56. -Mosaic Investors | D | Dividend | M | T | | | | | |
| 57. -Royce Low Priced Stock | D | Dividend | M | T | | | | | |
| 58. -Dow Jones Real Estate | | None | | | Buy | 1/11 | M | | |
| 59. -Dow Jones Real Estate | | | | | Sell | 3/23 | M | | |
| 60. -Dow Jones Telecom | A | Dividend | | | Sell | 4/4 | J | C | |
| 61. -Cohen & Steers Realty | C | Dividend | M | T | Buy | 3/9 | M | | |
| 62. -Ishares 1-3 Year Treasury Fund | A | Dividend | | | Sell | 1/20 | L | | |
| 63. -Dow Jones Basic Materials | A | Dividend | | | Sell | 6/28 | K | D | |
| 64. -Dow Jones Consumer Goods | A | Dividend | | | Sell | 6/29 | K | C | |
| 65. -Dow Jones Energy Sector | A | Dividend | | | Sell | 5/25 | K | D | |
| 66. -Goldman Sachs Networking | | None | | | Sell | 3/7 | K | D | |
| 67. -Goldman Sachs Software | A | Dividend | K | T | | | | | |
| 68. -MSCI Japan Fund | | None | | | Sell | 4/15 | M | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 05/01/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Goldman Sachs Semiconductor | | None | | | Sell | 1/7 | M | | |
| 70. -Rydex Juno Fund | | None | | | Sell | 2/4 | M | | |
| 71. -Pimco | E | Dividend | M | T | | | | | |
| 72. -Dow Jones Utility | D | Dividend | N | T | Buy | 4/15 | N | | |
| 73. -Rydex S&P 500 | B | Dividend | M | T | Buy | 1/11 | M | | |
| 74. -S&P Smallcap 600 | B | Dividend | M | T | Buy | 1/11 | M | | |
| 75. -Ishares Emerging Mkts | C | Dividend | M | T | Buy | 1/11 | M | | |
| 76. -Ishares Emerging Mkts | | | | | Buy | 3/15 | L | | |
| 77. -Ishares Global Energy | C | Dividend | N | T | Buy | 8/17 | N | | |
| 78. -MSCI Brazil Index | B | Dividend | M | T | Buy | 1/27 | L | | |
| 79. -Ishares Russell 3000 | | None | | | Buy | 1/11 | M | | |
| 80. -Ishares Russell 3000 | | | | | Sell | 3/9 | M | D | |
| 81. Charles Schwab Brokerage Account #3 (includes 81-82) | | | | | | | | | |
| 82. -Schwab Tax Exempt Money Market | C | Dividend | K | T | | | | | |
| 83. -MSCI Austria Index | B | Dividend | M | T | Buy | 1/27 | M | | |
| 84. Charles Schwab Brokerage Account #4 (include 84) | | | | | | | | | |
| 85. -Schwab Money Market | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes: (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 05/01/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Charles Schwab IRA Rollover #1 (includes 86-100) | | | | | | | | | |
| 87. -Schwab Money Market | D | Dividend | M | T | | | | | |
| 88. -Meridian Value | E | Dividend | M | T | | | | | |
| 89. -TCW Galileo Value | E | Dividend | M | T | | | | | |
| 90. -Thompson Plumb Growth | D | Dividend | M | T | | | | | |
| 91. -Oppenheimer Real Asset | A | Dividend | J | T | | | | | |
| 92. -Dow Jones Energy Sector | A | Dividend | | | Sell | 5/25 | L | E | |
| 93. -Dow Jones Financial Sector | A | Dividend | | | Sell | 6/29 | K | D | |
| 94. -Dow Jones Financial Services | | None | | | Sell | 3/21 | K | D | |
| 95. -Goldman Sachs Software | A | Dividend | L | T | Buy | 1/11 | L | | |
| 96. -Goldman Sachs Networking | | None | | | Sell | 3/7 | K | D | |
| 97. -Dow Jones Basic Materials | B | Dividend | | | Sell | 6/28 | N | D | |
| 98. -Profunds Ultra Energy | | None | M | T | Buy | 6/21 | M | | |
| 99. -Dow Jones Consumer Goods | B | Dividend | | | Sell | 6/29 | M | E | |
| 100. -Ishares Global Energy | B | Dividend | M | T | Buy | 9/13 | M | | |
| 101. -Ishares Emerging Markets | C | Dividend | N | T | Buy | 11/4 | M | | |
| 102. Charles schwab IRA #1 (includes 102-109) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 05/01/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Schwab Money Market | A | Dividend | J | T | | | | | |
| 104. -Pimco Total Return Mutual Fund | A | Dividend | J | T | | | | | |
| 105. -Managers Fremont US Micro Cap Mutual Fund | | None | K | T | | | | | |
| 106. -Gateway Mutual Fund | A | Dividend | J | T | | | | | |
| 107. -Tweedy Browne Global Value Mutual Fund | A | Dividend | J | T | | | | | |
| 108. -Meridian Value | A | Dividend | J | T | | | | | |
| 109. -Oppenheimer Real Asset | B | Dividend | J | T | | | | | |
| 110. -Profunds US Govt | A | Dividend | K | T | Buy | 5/2 | K | | |
| 111. Trust #1 (includes 111-118) | | | | | | | | | |
| 112. -Schwab Tax Exempt Money Market | B | Dividend | L | T | | | | | |
| 113. -Vanguard Intermediate Municipal Bond Mutual Fund | C | Dividend | L | T | | | | | |
| 114. -Managers Fremont US Micro Cap Mutual Fund | | None | K | T | | | | | |
| 115. -Gateway Mutual Fund | B | Dividend | L | T | | | | | |
| 116. -Tweedy Browne Global Value Mutual Fund | A | Dividend | J | T | | | | | |
| 117. -P&P Property 88 | A | Distribution | J | W | | | | | |
| 118. -PLM Equipment Growth Fund | A | Distribution | J | W | | | | | |
| 119. -Pioneer Natural Resources | | None | J | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 05/01/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Trust #2 (includes 120-136) | | | | | | | | | |
| 121. -Schwab Tax Exempt Money Market | A | Dividend | K | T | | | | | |
| 122. -Pimco Total Return Mutual Fund | C | Dividend | L | T | | | | | |
| 123. -Vanguard Intermediate Municipal Bond Mutual Fund | C | Dividend | L | T | | | | | |
| 124. -Pimco Foreign Bond Mutual Fund | C | Dividend | K | T | | | | | |
| 125. -DFA US 6-10 Value Mutual Fund | B | Dividend | J | T | | | | | |
| 126. -Managers Fremont US Micro Cap Mutual Fund | | None | J | T | | | | | |
| 127. -Gateway Mutual Fund | B | Dividend | M | T | | | | | |
| 128. -Tweedy Browne Global Value Mutual Fund | A | Dividend | K | T | | | | | |
| 129. -Meridian Value | A | Dividend | J | T | | | | | |
| 130. -TCW Galileo Value | A | Dividend | J | T | | | | | |
| 131. -Thompson Plumb Growth | A | Dividend | J | T | | | | | |
| 132. -P&P Property 88 | A | Distribution | J | W | | | | | |
| 133. -PLM Equipment Growth Fund | A | Distribution | J | W | | | | | |
| 134. -Royce Low Priced Stock | C | Dividend | L | T | | | | | |
| 135. -Pioneer Natural Resources | | Royalty | J | W | | | | | |
| 136. -Profunds US Govt | A | Dividend | K | T | Buy | 5/2 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 05/01/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Cohen & Steers Realty | C | Dividend | L | T | Buy | 1/11 | L | | |
| 138. Trust #3 (includes 138-155) | | | | | | | | | |
| 139. -Schwab Money Market Fund | A | Dividend | K | T | | | | | |
| 140. -Vanguard Bond Index Mutual Fund | A | Dividend | J | T | | | | | |
| 141. -Vanguard Intermediate Treasury Mutual Fund | A | Dividend | J | T | | | | | |
| 142. -Harbor International Mutual Fund | B | Dividend | K | T | | | | | |
| 143. -Pimco Total Return | C | Dividend | L | T | | | | | |
| 144. -Rydex Juno Fund | | None | | | Sell | 2/4 | J | | |
| 145. -DFA US Micro Cap Fund | A | Dividend | J | T | | | | | |
| 146. -Oppenheimer Real Asset | A | Dividend | J | T | | | | | |
| 147. -MSCI Japan Index Fund | | None | | | Sell | 4/15 | K | B | |
| 148. -Cohen & Steers Realty | A | Dividend | J | T | Buy | 3/9 | J | | |
| 149. -Dow Jones Basic Materials | A | Dividend | | | Sell | 6/8 | J | B | |
| 150. -Dow Jones Consumer Goods | A | Dividend | | | Sell | 6/29 | J | B | |
| 151. -Dow Jones Energy Sector | A | Dividend | | | Sell | 5/25 | J | C | |
| 152. -Dow Jones Financial Sector | A | Dividend | | | Sell | 6/29 | J | A | |
| 153. -Dow Jones Financial Services | | None | | | Sell | 3/21 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 05/01/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Dow Jones Telecom | A | Dividend | | | Sell | 4/4 | J | A | |
| 155. -Goldman Sachs Networking | | None | | | Sell | 3/7 | J | C | |
| 156. -Goldman Sachs Software | A | Dividend | J | T | | | | | |
| 157. Trust #4 (ncludes 157-180) | | | | | | | | | |
| 158. -Schwab Money Market Fund | B | Dividend | K | T | | | | | |
| 159. -Vanguard Bond Index Mutual Fund | A | Dividend | J | T | | | | | |
| 160. -Vanguard Intermediate Treasury Mutual Fund | B | Dividend | K | T | | | | | |
| 161. -Harbor International Mutual Fund | A | Dividend | L | T | | | | | |
| 162. -Pimco Total Return | A | Dividend | J | T | | | | | |
| 163. -Rydex Juno Fund | | None | | | Sell | 2/4 | J | | |
| 164. -DFA US Micro Cap | A | Dividend | J | T | | | | | |
| 165. -Pimco Commodity Fund | B | Dividend | J | T | | | | | |
| 166. -Cohen & Steers Realty | A | Dividend | J | T | Buy | 3/9 | J | | |
| 167. -Dow Jones Basic Materials | A | Dividend | | | Sell | 6/28 | J | B | |
| 168. -Dow Jones Consumer Goods | A | Dividend | | | Sell | 6/29 | J | B | |
| 169. -Dow Jones Energy Sector | A | Dividend | | | Sell | 5/25 | J | C | |
| 170. -Dow Jones Financial Sector | A | Dividend | | | Sell | 6/29 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 05/01/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Dow Jones Financial Services | | None | | | Sell | 3/21 | J | A | |
| 172. -Dow Jones Telecom | A | Dividend | | | Sell | 4/4 | J | A | |
| 173. -Goldman Sachs Natural Resources | A | Dividend | J | T | Buy | 8/17 | J | | |
| 174. -Ishares Emerging Markets | A | Dividend | K | T | Buy | 11/4 | J | | |
| 175. -Ishares Emerging Markets | | | | | Buy | 8/17 | J | | |
| 176. -Ishares Global Energy | A | Dividend | K | T | Buy | 9/13 | J | | |
| 177. -MSCI Brazil Index | A | Dividend | K | T | Buy | 11/2 | J | | |
| 178. -Goldman Sachs Networking | | None | | | Sell | 3/7 | J | C | |
| 179. -Goldman Sachs Software | A | Dividend | J | T | | | | | |
| 180. -Oppenheimer Real Estate | B | Dividend | K | T | | | | | |
| 181. -MSCI Japan Index Fund | | None | | | Sell | 4/15 | K | B | |
| 182. Charles Schwab SEP-IRA #1 (includes 182-185) | | | | | | | | | |
| 183. -Schwab Money Market Fund | A | Dividend | J | T | | | | | |
| 184. -Gateway Mutual Fund | A | Dividend | L | T | | | | | |
| 185. -Harbor Capital Appreciation Mutual Fund | A | Dividend | K | T | | | | | |
| 186. -Profunds US Govt | A | Dividend | J | T | Buy | 5/2 | J | | |
| 187. Charles Schwab IRA Rollover #2 (includes 187-197) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 05/01/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Schwab Money Market Fund | B | Dividend | L | T | | | | | |
| 189. -Pimco Total Return Mutual Fund | D | Dividend | N | T | | | | | |
| 190. -Pimco Foreign Bond Mutual Fund | D | Dividend | M | T | | | | | |
| 191. -Gateway Mutual Fund | C | Dividend | M | T | | | | | |
| 192. -Harbor Capital Appreciation Mutual Fund | A | Dividend | K | T | | | | | |
| 193. -Tweedy Browne Global Value Mutual Fund | B | Dividend | L | T | | | | | |
| 194. -Dow Jones Consumer Goods | A | Dividend | | | Sell | 6/29 | K | D | |
| 195. -Dow Jones Basic Materials (see Part VIII.) | A | Dividend | | | Sell | 6/28 | K | C | |
| 196. -Goldman Sachs Natural Resources | | None | | | Buy | 1/11 | L | | |
| 197. -Goldman Sachs Natural Resources | | | | | Sell | 3/23 | L | D | |
| 198. -Profunds Ultra Energy | | None | M | T | Buy | 6/21 | M | | |
| 199. Charles Schwab IRA #2 (includes 199-206) | | | | | | | | | |
| 200. -Schwab Money Market Fund | A | Dividend | J | T | | | | | |
| 201. -Pimco Total Return Fund | A | Dividend | K | T | | | | | |
| 202. -Managers Fremont US Micro Cap Mutual Fund | | None | K | T | | | | | |
| 203. -Gateway Mutual Fund | A | Dividend | J | T | | | | | |
| 204. -Tweedy Browne Global Value Mutual Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 05/01/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -Meridian Value | A | Dividend | J | T | | | | | |
| 206. -Profunds US Govt | A | Dividend | K | T | Buy | 5/2 | K | | |
| 207. -Oppenheimer Real Asset | B | Dividend | J | T | | | | | |
| 208. 401k-Transamerica | | None | N | T | | | | | |
| 209. Lexington Corp. Properties Trust (REIT) | A | Dividend | J | T | | | | | |
| 210. JP Morgan Chase (formerly Bank One) | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 05/01/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII. Investments and Trusts

194. - Dow Jones Basic Materials - this entry was inadvertently deleted on the 2004 Financial Disclosure.

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 05/01/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____  Date_____ 5/1/06 _____

NOTE: ANY INDIVIDUAL WHO KNOW................. WILLFULLY FALSIFIES OR ......TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. ..........)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544